Hon. James L. Robart

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBERLY A. BUTTRAM f/k/a KIMBERLY A. SCHLOEMER, <br><br>Plaintiff, <br><br>vs. <br><br>RIDGWAY LAW GROUP, P.S., a Washington Professional Services Corporation, and; SHEILA CONLON RIDGWAY, Individually and on Behalf of the Marital Community Comprised of SHEILA CONLON RIDGWAY and JOHN DOE RIDGWAY, <br><br>Defendants. | CASE NO. 19-cv-00680-JLR <br><br>JOINT STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS BY ALL PARTIES <br><br>[LCR 7(d)(1) and LCR 10(g)] <br><br>NOTE ON MOTION CALENDAR: <br><br>OCTOBER 3, 2019 |

COME NOW Plaintiff KIMBERLY BUTTRAM, who was formerly known as KIMBERLY SCHLOEMER, and Defendants RIDGWAY LAW GROUP, P.S. and SHEILA CONLON RIDGWAY, by and through their respective, undersigned attorneys of record, and hereby stipulate and agree to the dismissal of all claims by all parties herein, with prejudice, and without costs or attorney fees to any party.

Joint Stipulation and Order for Dismissal of All Claims by All Parties
Page 1 of 2

WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

DATED: October 3, 2019.

WAID LAW OFFICE, PLLC

BY: /s/ Brian J. Waid
　　BRIAN J. WAID
　　WSBA No. 26038
　　Attorney for Plaintiff

BYRNES KELLER CROMWELL, PLLP

BY: /s/ Joshua B. Selig (via email authorization)
　　JOSHUA B. SELIG
　　WSBA No. 39628
　　One of Defendants' Attorneys

**ORDER**

IT IS SO ORDERED.

Order entered at Seattle, Washington on this 4th day of October 2019.

_____
Hon. James L. Robart
United States District Judge

Joint Stipulation and Order for Dismissal of All Claims by All Parties
Page 2 of 2

WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926